UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JERRY TAVALE ESTEBAN,** ) <br> ) <br>     Petitioner, ) <br> ) <br>     v. ) <br> ) <br> **LINDA SANDERS, WARDEN,** ) <br> ) <br>     Respondent. ) <br> _____ ) | Case No. CV 09-6056 JFW (AJW) <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

    DATED: January 28, 2011

                                                             _____
                                                            John F. Walter
                                                            United States District Judge