JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JERRY TAVALE ESTEBAN, ) | |
| ) | |
| Petitioner, ) | No. CV 09-6056-JFW(AJW) |
| ) | |
| vs. ) | |
| ) | JUDGMENT |
| LINDA SANDERS, Warden, ) | |
| ) | |
| Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: January 28, 2011

_____
John F. Walter
United States District Judge